KC FILED
MAR 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES COLE, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF CHICAGO, <br> SECRETARY OF STATE, <br> JESSE WHITE, <br> CONSIDINE # 3775, <br> SGT. O'GRADY # 2035, <br><br> Defendants. | NO. <br><br> 08CV1487 <br> JUDGE MANNING <br> MAGISTRATE JUDGE BROWN |

## NOTICE OF FILING

TO:  James Cole
4417 S. Wood, 1st Floor R
Chicago, IL 60609

PLEASE TAKE NOTICE that I have filed this day with the Clerk of the above Court a NOTICE OF REMOVAL, a copy of which is attached hereto and herewith served upon you. DATED at Chicago, Illinois this March 12, 2008.

Respectfully submitted,

Liza M. Franklin
Chief Assistant Corporation Counsel

30 N. La Salle St., Suite 1400
Chicago, IL  60602
(312) 744-5877; Atty. No. 06216088

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the above and foregoing NOTICE OF FILING and NOTICE OF REMOVAL to be mailed to the person at the address therein shown, on this March 12, 2008.

Liza M. Franklin
Chief Assistant Corporation Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KC FILED
MAR 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JAMES COLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. |
| ) | |
| CITY OF CHICAGO, ) | 08CV1487 |
| SECRETARY OF STATE, ) | JUDGE MANNING |
| JESSE WHITE, ) | MAGISTRATE JUDGE BROWN |
| CONSIDINE # 3775, ) | |
| SGT. O'GRADY # 2035, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Defendant City of Chicago, Chicago Police Officer Bernard Considine and Chicago Police Sergeant Thomas O'Grady, by their attorney, Liza M. Franklin, Chief Assistant Corporation Counsel of the City of Chicago, respectfully remove the above entitled action to this Court, pursuant to 28 U.S.C. §1441(b) and (c), §1446, and on the following grounds:

1. Defendants City of Chicago, Considine and O'Grady were named as defendants in a civil action filed on January 24, 2008, in the Circuit Court of Cook County of the State of Illinois, case number 08 L 851, entitled <u>James Cole v. City of Chicago, et al.</u>

2. The summons and complaint were served upon defendant Considine on or about February 12, 2008 and defendant O'Grady on or about February 13, 2008. <u>See</u> summons and complaint attached hereto as Exhibit A.

3. Plaintiff brings this action pursuant to 42 U.S.C. § 1983 and Illinois common law. Plaintiff alleges that the defendants falsely arrested, conspired to falsely arrest, assaulted, battered

and failed to obtain medical attention for the plaintiff in violation of his rights under the fourth and fourteenth amendment of the United States Constitution and his rights under Illinois law.

4. Defendants are entitled to remove this action to this court, pursuant to 28 U.S.C. §1441(b) and (c).

5. It appears from the face of plaintiff's complaint that this is, in part, a civil rights action which arises under the United States Constitution and involves a federal question. Plaintiff's complaint alleges, among other things, that the defendants violated the rights of the plaintiff as guaranteed by the United States Constitution.

WHEREFORE, defendants City of Chicago, Considine and O'Grady respectfully request that the above-entitled action now pending in the Circuit Court of Cook County in the State of Illinois, case number 08 L 851, be removed therefrom to this Court.

Respectfully submitted,

Liza M. Franklin
Chief Assistant Corporation Counsel

30 N. La Salle St., Suite 1400
Chicago, IL 60602
(312) 744-5877
Atty. No. 06216088

Complaint-Verified (This form replaces CCMD-8A) CCM N008-150M-1/21/04 (3335092)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

James Cole

**Plaintiff(s)**

v.

City of Chicago Police Department Officer Considine #5775, Sgt. O'Grady #3635 / Secretary of State Officer Jesse White

**Defendant(s)**

No. _____

Contract _____

Amount Claimed $ 2,000,000.00

Return Date _____

## COMPLAINT

The Plaintiff(s) claim(s) as follows:

Illegal Arrest

Harassment

Illegal Sentence

Illegal Shakedown for money

I, James Cole (Name), certify that I am the _____ (Name of Attorney if applicable) Plaintiff in the above entitled action. The allegations in this complaint are true.

Atty. No.: _____  Pro Se 99500  Dated: _____

**Atty. (or Pro Se Plaintiff)**

Name: James Cole

Address: 12417 S. Wood

City/State/Zip: Chicago Ill 60643

Telephone: 773-778-6099

Signature: _James Cole_

☐ Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the above signed certifies that the statements set forth herein are true and correct.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**



| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

CCG N001-75M-2/28/05 (43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ DIVISION

(Name all parties)

James Cole
City of Chicago Police Secretary of State
Department, Officers v. Jesse White
Considine #3775
Sgt. O'Grady # 2035

2008L000891
CALENDAR/ROOM E
TIME 00:00
Legal Malpractice

No. _____

Jesse White
Secretary of State
Springfield, Ill. 62756

**SUMMONS**

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

- ☐ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

- ☐ District 2 - Skokie  ☐ District 3 - Rolling Meadows  ☐ District 4 - Maywood
  5600 Old Orchard Rd.    2121 Euclid                    1500 Maybrook Ave.
  Skokie, IL 60077        Rolling Meadows, IL 60008      Maywood, IL 60153

- ☐ District 5 - Bridgeview  ☐ District 6 - Markham  ☐ Child Support
  10220 S. 76th Ave.         16501 S. Kedzie Pkwy.     28 North Clark St., Room 200
  Bridgeview, IL 60455       Markham, IL 60426         Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

JAN 2 4 2008

Atty. No.: _____
Name: James Cole
Atty. for: _____
Address: 4417 So. Wood 1st fl. R
City/State/Zip: Chicago, Ill. 60609
Telephone: _____

WITNESS, _____

Clerk of Court

Date of service: _____,
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____

(Area Code) (Facsimile Telephone Number)

efendant

James Cole
v
Jesse White - Secretary of State
Considine - Police Officer
Ogrady - Police Officer

On the eve of May 25, 2007. At around 9:00 pm, I James Cole was asked from Officers was I alright. Yes I said, I was parked on Grand Ave and about to pull off. When the Officer informed me that I was under arrest for D.U.I. I ask how was I because my car wasn't moving, he said that because the keys was in the ingnition. I said oh and raised my car window. They ask if I wanted to take a breath test. I said no not unless I have to, he said something about I had rights and I didn't have to. I was arrested for Driving Under Influence.

The car was parked and the Officers pulled up to my car, my windows was up and the car was not started until they pulled up. Matter fact, I had just got back in the car and I know these Officers are not going to lie because where the incident occurred the car was still there and perfully parked and not towed. But they came all the way on 46th Wolcott and towed this car on July 8, 2007. I reported the car stolen on July 9, 2007. They kept this car until I wrote and informed the Secretary of State Office that this car was stolen and I was not going renew the plates and I couldn't not bring it down for an Emmision test. I got the car back in Oct. or Nov.

On Dec. 2, 2007 a friend came by, her name is Christine Mckinstry. She was 8 months pregnant. She had no way to get home. I was giving her a ride when the police officers pulled us over. He said I ran a stop sign. No I hadn't ran a stop sign and I was glad she was in there with me. She told me they made her walk home. I believe these are the same police officers, that had illegally towed my car on July 8, 2007. As I said they kept this car until Oct. or Nov.

This is a violation of Constitutional Rights, 4th Amendment, 9th Amendment

I am going to court on this ticket, and have been since June 2007. My next court date is Jan. 18, 2008. The court wants to hear what? That I have rights and they have definitely have been violated. Because we expand do not mean for a business to take on the color of court.

A fair trial is the law of the United States.

What this business has done ( Secretary of State ).

1. Got me fired. - No Income.

2. Continue to abduct this car. Property

3. Got me in debt. Credit card, Behind in Rent. gas and light bills

4. Continue to tell me that I owe them money.

5. I have no more money in my bank account.

6. Violated my rights to live - Human Rights



| Richard M. Daley<br>Mayor | Department of Police • City of Chicago<br>3510 S. Michigan Avenue • Chicago, Illinois 60653 | Jody P. Weis<br>Superintendent of Police |
|---|---|---|

11 February 2008

Mr. Scott Jebson
Chief Assistant Corporation Counsel
Department of Law
30 North LaSalle Street, Room 800
Chicago, Illinois 606021

RE:   **James Cole v City, et al.**
          08 L 851

Dear Mr. Jebson:

I am enclosing herewith a copy of Summons and Complaint Suit Number 08 L 851 Circuit Court of Cook Country of Illinois, which names all of the following Employees and the City of Chicago as defendants:

| Name | Star# or Emp# | Unit/District |
|---|---|---|
| PO Bernard Considine | 3775 | 013 |
| Sgt Thomas O Grady | 2035 | 376 |

The Office of Legal Affairs will attempt to serve these Employees in the next few days.

Internal Affairs Division has been instructed to initiate an investigation on this complaint

This summons and complaint is sent to you for your attention and action as you may deem appropriate.

Sincerely,

William E. Bazarek
Acting General Counsel to the Superintendent

WEB:ey